1
2
3
4
5
6
7
8
9

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

10 | SANDRA DAVIS,                              ) Case No. 2:14-CV-5329 AB CWx
11 |                                            )
12 |     Plaintiff,                             ) ~~(Proposed)~~ JUDGMENT ORDER
13 | v.                                         )
14 |                                            )
15 | PANIDA PHAE, CHANATHIP                     )
16 | TIRAPHANITPAHN, SUPHINYA                   )
17 | TIRAPHANITPAHN, General                    )
18 | Partners dba THAI CLASSIC                  )
   | CUISINE RESTAURANT, RAUL                   )
   | MEJIA, Trustee of the Raul Mejia           )
   | Trust,                                     )
   |                                            )
   |     Defendants.                            )

19
20  After review of the Stipulated Request for Judgment filed by Plaintiff and
21 Defendants, and for good reason **IT IS HEREBY ORDERED:**
22   1.   Judgment is entered in favor of Plaintiff.
23   2.   Defendants **PANIDA PHAE, CHANATHIP TIRAPHANITPAHN,**
24        **SUPHINYA TIRAPHANITPAHN, General Partners** will pay
25        Plaintiff the sum of ONE THOUSAND DOLLARS ($1,000.00) for
26        costs of suit and penalties in this matter, to be paid as follows:
27        (a)  Five Hundred Dollars ($500.00) to be paid upon entry of the
28             Stipulated Judgment;

(b) Five Hundred Dollars ($500.00) to be paid within sixty (60) days of the initial payment.

(c) Upon payment in full, Plaintiff releases Defendants **PANIDA PHAE, CHANATHIP TIRAPHANITPAHN, SUPHINYA TIRAPHANITPAHN, General Partners dba THAI CLASSIC CUISINE RESTAURANT** from all claims arising out of this action.

IT IS SO ORDERED.

Date: November 25, 2014

**ANDRÉ BIROTTE JR.**
UNITED STATES DISTRICT JUDGE